JOHN A. PHILBRICK & BROTHER, Plaintiff, *v.* THE IGNATZ FLORIO CO-OPERATIVE ASSOCIATION AMONG CORLEONESI et al., Defendants, JOHN J. DOWLING et al., Respondents, and ROBERT L. LESLIE et al., Appellants.

*Philbrick & Brother* v. *Florio Co-operative Assn.*, 137 App. Div. 613, affirmed.
(Argued November 18, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1910, which reversed an order of Special Term denying a motion to confirm the report of a referee in surplus money proceedings.

*Noah A. Stancliffe* for appellants.

*Otto C. Sommerich* and *Maxwell C. Katz* for respondents.

Order affirmed, with costs, on opinion of SCOTT, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.